UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>DRAGON MOTEL INC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01875-GMN-NJK<br><br>**Order** |

    Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Although three notices have issued from the Clerk's Office, Docket Nos. 6, 12, 14, Plaintiff has not filed a certificate of interested parties. Plaintiff is hereby **ORDERED** to file a certificate of interested parties by January 5, 2024. Failure to comply with this order may result in sanctions.

    IT IS SO ORDERED.

    Dated: December 29, 2023

                                                                         Nancy J. Koppe<br>
                                                                         United States Magistrate Judge