UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>DRAGON MOTEL INC. *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-01875-GMN-NJK<br><br>**Order** |

The Court is in receipt of Plaintiff's Rule 7.1 Disclosure Statement. Docket No. 21.[1]  The disclosure statement fails to comply with Local Rule LR 7.1-1.  Accordingly, Plaintiff must file a certificate of interested parties that fully complies with the Local Rules no later than January 25, 2024.

IT IS SO ORDERED.

Dated: January 18, 2024

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court construes pro se filings liberally.  *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1