# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HEZEKIAH ESAU BAKER,

    Plaintiff,

v.

DRAGON MOTEL INC, *et al.*,

    Defendants.

Case No. 2:23-cv-01875-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by January 30, 2024.

    IT IS SO ORDERED.

    Dated: January 23, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1