# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HEZEKIAH ESAU BAKER,

    Plaintiff,

v.

DRAGON MOTEL, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-01875-GMN-NJK

**Order**

[Docket No. 28]

"The pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Local Rule 26-1(a). The parties must then file a joint discovery plan within 14 days of that conference.

On January 23, 2024, the Court ordered the parties to file a joint discovery plan no later than January 30, 2024. Docket No. 25. The parties, however, failed to comply with the Court's prior order. *See* Docket. On February 20, 2024, Plaintiff filed a supplemental affirmation, which the Court construes as a status report on the discovery process. Docket No. 28.[1] Plaintiff submits that the discovery process is underway and is hopeful that discovery will be complete by April 1, 2024. *Id*. at 1-2. To date, no discovery plan has been filed with the Court.

Accordingly, Plaintiff must initiate the Rule 26(f) conference, which must occur no later than February 26, 2024. The parties must file a joint discovery plan no later than February 29, 2024. Failure to comply with this order will result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated: February 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).