UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>　　Plaintiff,<br><br>v.<br><br>DRAGON MOTEL INC., *et al.*,<br><br>　　Defendants. | Case No. 2:23-cv-01875-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff failed to initiate the Rule 26(f) conference or participate in preparing a discovery plan. *See* Docket No. 25.[1]  As a result, the Court ordered the parties to jointly file a discovery plan by February 26, 2024.  Docket No. 29.  Plaintiff again failed to initiate the Rule 26(f) conference or participate in preparing a discovery plan despite the Court's order requiring Plaintiff to do so. *See id.* at 1.  Therefore, the Court ordered Plaintiff to show cause, no later than March 12, 2024, why the instant case should not be dismissed.  Docket No. 32 at 1.[2]  The Court warned therein that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF CASE-DISPOSITIVE SANCTIONS**."  *Id*. at 2 (emphasis in original).  Plaintiff did not comply with the order to show cause.  *See* Docket.

In short, Plaintiff has engaged in sanctionable conduct by failing to comply with the governing rules, *see* Local Rule IA 11-8, failing to comply with the Court's prior orders, *see* Fed. R. Civ. P. 16(f), and failing to prosecute his case, *see* Fed. R. Civ. P. 41(b).  Plaintiff's conduct is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and

---

[1] "The pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears."  Local Rule 26-1(a).  The parties must then file a joint discovery plan within 14 days of that conference.  *Id.*

[2] The Court also ordered that if Plaintiff conferred with defense counsel and filed a joint discovery plan by March 12, 2024, the order to show cause would be deemed automatically discharged.  Docket No. 32 at 1.

1

threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has continued to engage in such conduct despite a warning that dismissal sanctions could result. Docket No. 32 at 2.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: March 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).