# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HEZEKIAH ESAU BAKER,

    Plaintiff,

v.

DRAGON MOTEL INC., *et al.*,

    Defendants.

Case No. 2:23-cv-01875-GMN-NJK

**ORDER**

[Docket Nos. 8, 11, 19, 22, 24]

On March 14, 2024, the undersigned issued a report and recommendation that this case be dismissed. Docket No. 34. Therefore, all pending motions are **DENIED** without prejudice. Docket Nos. 8, 11, 19, 22, 24. In the event the District Judge does not adopt the undersigned's report and recommendation, the parties may refile the motions within 14 days of the order on the report and recommendation.

IT IS SO ORDERED.

Dated: March 26, 2024

                                                      Nancy J. Koppe
United States Magistrate Judge